UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LANCE DOUGLAS BROOKS,  )  No. 3:24-CV-05158
        Plaintiff,  )
           )  **ORDER**
vs.  )
           )  **GRANTING MOTION**
BNSF RAILWAY COMPANY,  )
        Defendant.  )  **TO AMEND PLEADINGS**
           )

The parties jointly moved the Court for an Order permitting amendment of the Complaint and associated Answer (ECF 12). The Court having reviewed the pleadings and being fully informed, orders as follows:

1. Plaintiff shall file the Amended Complaint no later than June 17, 2024;

2. Defendant shall file an amended Answer within 14 days of filing of the Amended Complaint.

Dated this 17th day of May 2024.



David G. Estudillo
United States District Judge

**[PROPOSED] ORDER RE: MOTION TO AMEND PLEADINGS - 1**